**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF<br>THE KINGDOM OF DENMARK<br>(SKATTEFORVALTNINGEN) TAX REFUND<br>SCHEME LITIGATION<br><br>This document relates to: All cases. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

<u>**NOTICE OF MOTION AND MOTION**</u>
<u>**FOR WITHDRAWAL OF APPEARANCE**</u>

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United

States District Court for the Southern District of New York, I, Marc A. Weinstein, a partner with

the law firm Hughes Hubbard & Reed LLP, hereby notify the Court that Sarah L. Cave is no

longer associated with the law firm Hughes Hubbard & Reed LLP.  I, along with William R.

Maguire and Neil J. Oxford, partners with the law firm Hughes Hubbard & Reed LLP, and John

T. McGoey, counsel with the law firm Hughes Hubbard & Reed LLP, will continue to serve as

lead counsel for Plaintiff Skatteforvaltningen.  Accordingly, I hereby request that Ms. Cave's

name and email address be removed from the official docket of this multi-district litigation and

the individual dockets of all cases consolidated herein.

Dated: New York, New York
       October 2, 2019

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ Marc A. Weinstein
William R. Maguire
Marc A. Weinstein
Neil J. Oxford
John T. McGoey
One Battery Park Plaza
New York, NY  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: Marc.weinstein@hugheshubbard.com

*Attorneys for Plaintiff Skatteforvaltningen*

SO ORDERED:

_____

Hon. Lewis A. Kaplan
United States District Judge

2